IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00762-GPG

ELDRIDGE GRIFFIN,

    Plaintiff,

v.

[NO DEFENDANTS NAMED],

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Eldridge Griffin, is a prisoner in the custody of the Colorado Department of Corrections. On April 10, 2015, Mr. Griffin submitted to the Court *pro se* a letter (ECF No. 1) he described as a notice of intent to sue regarding the conditions of his confinement. The instant action was commenced and, on April 13, 2015, Magistrate Judge Gordon P. Gallagher entered an order directing Mr. Griffin to cure certain deficiencies if he wished to pursue his claims. Magistrate Judge Gallagher specifically directed Mr. Griffin to file a Prisoner Complaint and either to pay filing and administrative fees totaling $400.00 or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 along with a certified copy of his inmate trust fund account statement and an authorization to calculate and disburse filing fee payments. Mr. Griffin was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

    On April 16, 2015, Mr. Griffin filed another letter (ECF No. 4) stating he is

attempting to file a complaint against the Colorado Division of Adult Parole and state employees. It appears that the second letter was submitted to the Court before Mr. Griffin received a copy of Magistrate Judge Gallagher's April 13 order.

The action will be dismissed without prejudice because Mr. Griffin has failed to cure the deficiencies within the time allowed. Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Griffin failed to cure the deficiencies as directed. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  20th  day of  May , 2015.

BY THE COURT:


    s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court